No. 05–7047. DEERING *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–7049. DENTON *v.* O'BRIEN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 05–7051. PRICE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–7054. HENRY ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7055. PORTEE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 05–7057. JUAREZ-CORONA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7061. RAMIREZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7062. RIVAS-GARCIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7063. SMITH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7073. WHITE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–219. NATIONAL ALTERNATIVE FUELS ASSN. *v.* ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 05–405. NORFOLK SOUTHERN RAILWAY CO. *v.* SCHUMPERT. Ct. App. Ga. Motion of Association of American Railroads for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 04–1571. OKAMOTO, DBA SUPREME AUTO LEASING *v.* BANK WEST CORP., *ante*, p. 818;
No. 04–1621. MORTERS *v.* BARR ET AL., *ante*, p. 820;
No. 04–9928. SMITH *v.* RUDICEL ET AL., *ante*, p. 831;
No. 04–10116. CONIC *v.* MICHIGAN, *ante*, p. 837;

No. 04–10389. WESTBURY *v.* DORCHESTER COUNTY, SOUTH CAROLINA, ET AL., *ante*, p. 849;

No. 04–10504. RUTAN *v.* HOUK, WARDEN, *ante*, p. 855;

No. 05–4. SMITH *v.* CONSOLIDATED FREIGHTWAYS, *ante*, p. 869;

No. 05–28. STEVENS *v.* STATE BAR OF CALIFORNIA, *ante*, p. 870;

No. 05–35. TAYLOR *v.* POTTER, POSTMASTER GENERAL, *ante*, p. 871;

No. 05–132. ROUSH *v.* CHALKEY, *ante*, p. 875; and

No. 05–154. IN RE RODRIGUEZ, *ante*, p. 810. Petitions for rehearing denied.

## NOVEMBER 15, 2005

No. 03–1559. BANK OF CHINA, NEW YORK BRANCH *v.* NBM L. L. C. ET AL. C. A. 2d Cir. [Certiorari granted, 545 U. S. 1138.] Writ of certiorari dismissed under this Court's Rule 46.1.

## NOVEMBER 16, 2005

No. 05–7561 (05A444). THOMAS *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

## NOVEMBER 17, 2005

No. 05A430. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER *v.* WHITE. C. A. 8th Cir. Application to stay the mandate, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

## NOVEMBER 23, 2005

No. 04–928. OREGON *v.* GUZEK. Sup. Ct. Ore. [Certiorari granted, 544 U. S. 998.] Further consideration of respondent's motion to dismiss petition for writ of certiorari as improvidently granted deferred to the hearing of the case on the merits.